1   [SEE SIGNATURE PAGE FOR COUNSEL]

2

3

4

5

6

7

8              **UNITED STATES DISTRICT COURT**

9              **NORTHERN DISTRICT OF CALIFORNIA**

10             **SAN FRANCISCO DIVISION**

11

12   CPUMATE, INC.,                          Case No.: 3:14-CV-03398-WHO

13          Plaintiff,                        **STIPULATION OF DISMISSAL**

14          v.

15   SONY COMPUTER ENTERTAINMENT            Honorable William H. Orrick
     AMERICA LLC,

16          Defendant.

17

18          Pursuant to Fed. R. Civ. P. 41(a), Plaintiff and Counterdefendant CpuMate Inc.

19   (hereinafter, "CpuMate") and Defendant and Counterclaimant Sony Computer Entertainment

20   America LLC (hereinafter, "Sony"), by and through their attorneys, do hereby jointly move for an

21   order approving their Stipulation of Dismissal in the above-captioned case as follows:

22          1.     All claims brought by CpuMate against Sony in the above-captioned case are

23                 dismissed with prejudice.

24          2.     All counterclaims brought by Sony against CpuMate in the above-captioned case

25                 are dismissed without prejudice.

26

27

28

STIPULATION OF DISMISSAL                    1          CASE NO.: 3:14-CV-03398-WHO

3. CpuMate and Sony shall each bear its own costs and attorneys' fees with respect to the above-captioned legal action and the entry of this Stipulation and Order of Dismissal.

4. The Court may enter an Order adopting this Stipulation of Dismissal and Proposed Order Thereon as the Order of the Court.

Dated: January 15, 2015

Respectfully submitted,

*/s/ Deborah Jagai*
Lewis E. Hudnell, III
(Cal. Bar No. 218736)
**HUDNELL LAW GROUP P.C.**
800 W. El Camino Real Suite 180
Mountain View, CA 94040
Telephone: (650) 564-7720
Facsimile: (347) 772-3034
Email: lewis@hudnelllaw.com

Deborah Jagai *(Admitted Pro Hac Vice)*
**W. O. HUFF & ASSOCIATES, PLLC**
302 N. Market Street, Suite 450
Dallas, Texas 75202
Telephone: (214) 749-1220
Facsimile: (469) 206-2173
Email: djagai@huffip.com

**ATTORNEYS FOR PLAINTIFF,
CPUMATE INC.**

*/s/ Abran J. Kean (With Permission)*
Abran J. Kean *(Admitted Pro Hac Vice)*
**Erise IP, P.A.**
5600 Greenwood Plaza Blvd., Ste. 200
Greenwood Village, CO 80111

**ATTORNEY FOR DEFENDANT,
SONY COMPUTER ENTERTAINMENT
AMERICA LLC**

**ATTESTATION OF E-FILER**

In compliance with General Order No. 45, section X(B), and Local Rule 5.1(i)(3) of the U. S. District Court for the Northern District of California, the undersigned ECF user whose identification and password are being used to file this document, hereby attests that all signatories have concurred in the filing of this document.

*/s/ Deborah Jagai*
Deborah Jagai

**CERTIFICATE OF SERVICE**

The undersigned certifies that on the 15th day of January, 2015, the foregoing document was filed with the Clerk of the U. S. District Court for the Northern District of California, in compliance with Civil L.R. 5-1 and using the court's electronic case filing system (ECF), in compliance with Civil L.R. 5-1.

*/s/ Deborah Jagai*
Deborah Jagai